DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PETERSON

No. 511P88.

Case below: 91 N.C. App. 586.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

STATE v. SMITH

No. 521P88.

Case below: 91 N.C. App. 586.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

STATE v. SPENCE

No. 477PA88.

Case below: 91 N.C. App. 288.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1988.

STATE v. TATE

No. 458P88.

Case below: 91 N.C. App. 288.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

TURNER v. DUKE UNIVERSITY

No. 526A88.

Case below: 91 N.C. App. 446.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 8 December 1988.